UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **CV 23-1373 MWF (KSx)** | Date: May 25, 2023 |
| Title  **Juan Valencia ~v~ Harry Baghossian, et al.** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**   COURT ORDER

In light of the Notice of Settlement [14] filed May 24, 2023, the Court sets a hearing on **Order to Show Cause Re Dismissal** for **JUNE 26, 2023 at 11:30 a.m**. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearances are needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm